Peter Winkler
Attorney at Law (92377)
104-A Main Street
Tiburon, California 94920
Telephone: 415.435.2677
Email: winklerlaw9@gmail.com

Attorney for Plaintiff
Donald James Runnals

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD JAMES RUNNALS,<br><br>              Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC SYSTEMS, INC.;WESTERN PROGRESSIVE, LLC; ALDRIDGE PITE, LLP; DOES 1-50,<br><br>              Defendants, | Case No.: 3:26-cv-00105<br><br>**NOTICE OF COMPLIANCE WITH JUDGE DONATO'S ORDER DATED 01/29/2026 UNSEALED DOCUMENTS ATTACHED**<br><br>DATE:<br>TIME:<br>DEPT: |

NOTICE OF COMPLIANCE WITH JUDGE DONATO'S ORDER DATED 01/29/2026

UNSEALED DOCUMENTS ATTACHED.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Donald James Runnals, through counsel, hereby complies with the Court's Order dated January 29, 2026. The Court directed Plaintiff to file, by January 30, 2026, unsealed versions of all ECF docket entries previously sealed in error without permission.

Pursuant to that Order, Plaintiff submits the unsealed versions of the following documents, which correspond to the docket entries previously filed under seal:

1. Dkt. No. 23: Emergency Application for Temporary Restraining Order; and
2. Dkt. No. 25: Renewed Request for Emergency TRO / Motion for Reconsideration.

The documents attached hereto are the exact unsealed versions of the previously sealed filings identified above. No documents in this filing are filed under seal, and Plaintiff acknowledges the Court's instruction that no further filings under seal will be accepted without a prior Court order.

Respectfully,

Dated: January 30, 2026                By: */s/ Peter Winkler, Esq.*

PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
Attorney for Plaintiff Donald James Runnals

# CERTIFICATE OF SERVICE

I electronically filed **NOTICE OF COMPLIANCE WITH JUDGE DONATO'S ORDER DATED 01/29/2026  UNSEALED DOCUMENTS ATTACHED** on January 30, 2026 with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

JAN T CHILTON (State Bar No. 47582)
jan.chilton@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439
Email: jan.chilton@stinson.com
Attorneys for:
PHH Mortgage Corporation, U.S.bank National Association, as Trustee, Mortgage Electronic Registration Systems, Inc., and Western Progressive, LLC

Jillian A. Kaiser
Supervising Attorney
Aldridge | Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
Main Office: (858) 750-7600
Direct Dial: (714) 285-2683
Direct Fax: (619) 590-1385
Email: jkaiser@aldridgepite.com

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 30, 2026          By: */s/ Peter Winkler*
                                            Peter Winkler

Peter Winkler
Attorney at Law (92377)
104-A Main Street
Tiburon, California 94920
Telephone: 415.435.2677
Email: winklerlaw9@gmail.com

Attorney for Plaintiff
Donald James Runnals

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JAMES RUNNALS | Case No.: 3:26-cv-00105 |
| Plaintiff, | **EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC SYSTEMS, INC.;WESTERN PROGRESSIVE, LLC; ALDRIDGE PITE, LLP; DOES 1-50, | DATE:<br>TIME:<br>DEPT: |
| Defendants, | |

**EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**I. INTRODUCTION**

Plaintiff, Donald James Runnals, through counsel Peter Winkler, Esq., respectfully applies for an immediate Temporary Restraining Order (TRO) to halt the foreclosure sale of Plaintiffs residence located at 9 Middle Road, Lafayette, California 94549, by Western Progressive, LLC

EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER - 1

(Aldridge Pite LLP as counsel), presently noticed for January 28, 2026 at approximately 1:00 PM Pacific Time.

## II. FACTUAL BACKGROUND

This matter, Runnals v. PHH Mortgage Corporation et al., Case No. 3:26-cv-00105-JD, is pending before the Hon. James Donato. The action challenges creditor standing under federal law and asserts exclusive Article III jurisdiction under 28 U.S.C. 1334 and 1446(d) following removal from the Bankruptcy Court.

## III. LEGAL STANDARD

A TRO is warranted under Fed. R. Civ. P. 65(b) and the standard articulated in Winter v. NRDC, 555 U.S. 7 (2008): the moving party must show (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm absent relief; (3) that the balance of equities tips in its favor; and (4) that the injunction serves the public interest.

## IV. ARGUMENT

Foreclosure of a primary residence constitutes irreparable harm; once sold, ownership and possession cannot be restored by monetary compensation. Under 28 U.S.C. 1446(d), removal to this Court automatically divests all lower tribunals and their agents of authority to proceed further. Any sale conducted during active federal jurisdiction would violate federal supremacy.

## V. RELIEF REQUESTED

Counsel respectfully asks this Court to:

1. Issue an immediate Temporary Restraining Order prohibiting Western Progressive, LLC and all UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA agents, trustees, and successors from conducting or completing any foreclosure sale of 9 Middle Road, Lafayette, California 94549, pending further order of this Court;

2. Set a Preliminary Injunction Hearing at the earliest available date;

3. Enjoin Defendants and their counsel from recording or transferring title pending adjudication;

4. Grant any other equitable relief deemed just and proper.

EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER - 2

**DECLARATION OF DONALD JAMES RUNNALS IN SUPPORT OF EMERGENCY APPLICATION FOR TEMPORARY**

I, Donald James Runnals, declare as follows:

1. I am the plaintiff in this action. I have personal knowledge of the facts stated herein.

2. The property at issue is my primary residence located at 9 Middle Road, Lafayette, California 94549.

3. Defendant Western Progressive LLC, acting as foreclosure trustee for PHH Mortgage Corporation, has scheduled a trustees sale of this property for January 28, 2026, at approximately 1:00 p.m. Pacific Time.

4. I will suffer irreparable harm if the sale occurs before the Court decides my pending case because I will lose title and possession of my home.

5. I understand that my case is active in federal court before Judge James Donato and that no order has been entered dismissing or remanding it.

6. I therefore respectfully request that the Court grant a temporary restraining order to prevent the sale pending a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of January 2026, at Lafayette, California.

*/s/ Donald James Runnals*
Donald James Runnals


Respectfully submitted,

Dated: January 28, 2026
*/s/ Peter Winkler*
Peter Winkler, Esq. (CA Bar No. 92377)
Attorney for Plaintiff Donald James Runnals
PETER WINKLER LAW OFFICE
104-A Main Street, Tiburon, California 94920
Tel: (415) 435-2677 | Email: winklerlaw9@gmail.com

EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER - 3

Peter Winkler
Attorney at Law (92377)
104-A Main Street
Tiburon, California 94920
Telephone: 415.435.2677
Email: winklerlaw9@gmail.com

Attorney for Plaintiff
Donald James Runnals

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JAMES RUNNALS<br><br>            Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC SYSTEMS, INC.;WESTERN PROGRESSIVE, LLC; ALDRIDGE PITE, LLP; DOES 1-50,<br><br>            Defendants, | Case No.: 3:26-cv-00105<br><br>**RENEWED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br><br>DATE:<br>TIME:<br>DEPT: |

**RENEWED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING**

**ORDER AND REQUEST FOR IMMEDIATE INJUNCTIVE RELIEF**

Plaintiff: Donald James Runnals Defendants: PHH Mortgage Corporation; U.S. Bank National

Association, as Trustee for Lehman Mortgage Pass-Through Certificates, Series 2007-2;

RENEWED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER  - 1

Mortgage Electronic Registration Systems, Inc.; Western Progressive, LLC; and Aldridge Pite, LLP.

## I. INTRODUCTION

Plaintiff, through counsel Peter Winkler, Esq., respectfully submits this Renewed Emergency Application for a Temporary Restraining Order (TRO) to halt the foreclosure sale of Plaintiffs residence located at 9 Middle Road, Lafayette, California 94549, presently scheduled for 1:30 p.m. on January 28, 2026. This renewed application corrects procedural deficiencies noted in the Courts prior order and satisfies the requirements of Federal Rule of Civil Procedure 65(b).

## II. FACTUAL BACKGROUND

1. The subject property is Plaintiffs primary residence at 9 Middle Road, Lafayette, California 94549.

2. Defendants have scheduled a foreclosure sale for 1:30 p.m. Pacific Time on January 28, 2026.

3. Plaintiff filed an earlier emergency TRO on the morning of January 28, 2026, which was denied without prejudice for lack of certification and supporting memorandum.

4. Plaintiff now renews the TRO application with full certification of notice, factual declaration, and legal memorandum.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

5. Plaintiff will suffer irreparable harm, including loss of his home and constitutional property interests, if the sale proceeds.

## III. LEGAL STANDARD

Under Federal Rule of Civil Procedure 65(b) and controlling Supreme Court precedent, a TRO may issue when the movant demonstrates: (1) likelihood of success on the merits; (2) likelihood of irreparable harm absent relief; (3) that the balance of equities tips in his favor; and (4) that an injunction is in the public interest. Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 20 (2008); Alliance for the Wild Rockies v. Cottrell, 632 F.3d 1127, 113132 (9th Cir. 2011).

## IV. ARGUMENT

### A. Likelihood of Success on the Merits

This Court retains exclusive jurisdiction over the subject property under 28 U.S.C. 1446(d). Once removal was perfected, all lower tribunal and state law proceedings were automatically divested of jurisdiction. Any foreclosure conducted while this matter is pending before this Court would be void ab initio. Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, 589 U.S. ___ (2020); Kalb v. Feuerstein, 308 U.S. 433, 438 (1940). The Ninth Circuit has likewise held that state actions in derogation of federal jurisdiction are void. In re Gruntz, 202 F.3d 1074, 1082 (9th Cir. 2000).

### B. Irreparable Harm

The Ninth Circuit has repeatedly held that the loss of ones home constitutes irreparable injury. Park Village Apartment Tenants Assn v. Mortimer Howard Tr., 636 F.3d 1150, 1159 (9th Cir. 2011); Wrobel v. S.L. Indus., Inc., 60 F. Appx 524, 525 (9th Cir. 2003). Once the sale occurs, title and possession cannot be restored by monetary compensation.

### C. Balance of Equities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The balance of hardships tips sharply in Plaintiffs favor. Preventing an unlawful foreclosure preserves the status quo and harms Defendants only through temporary delay. Golden Gate Rest. Assn v. City & County of San Francisco, 512 F.3d 1112, 1126 (9th Cir. 2008).

### D. Public Interest

The public interest favors compliance with federal jurisdiction and due process. Melendres v. Arpaio, 695 F.3d 990, 1002 (9th Cir. 2012); Stormans, Inc. v. Selecky, 586 F.3d 1109, 1139 (9th Cir. 2009).

## V. CERTIFICATION UNDER RULE 65(b)(1)(B)

I, Peter Winkler, certify under Fed. R. Civ. P. 65(b)(1)(B) that on January 28, 2026, at approximately 12:30 p.m. Pacific Time, I provided notice of this renewed motion by email and telephone to Defendants counsel and the trustee as follows:

- Jan T. Chilton, Esq. (Stinson LLP) jan.chilton@stinson.com

- Jillian A. Benbow, Esq. (Aldridge Pite LLP) jbenbow@aldridgepite.com

- Western Progressive, LLC Trustee Department (email listed on sale notice)

- Courtroom Deputy to Hon. James Donato (jdcrd@cand.uscourts.gov)

## VI. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Immediately issue a Temporary Restraining Order enjoining Defendants and their agents from conducting or completing any foreclosure sale of 9 Middle Road, Lafayette, California 94549; and

2. Set an expedited hearing on a preliminary injunction under Fed. R. Civ. P. 65(a).

## DECLARATION OF DONALD JAMES RUNNALS

I, Donald James Runnals, declare as follows:

1. I am the Plaintiff in this case. I make this declaration in support of my Renewed Emergency Application for Temporary Restraining Order.

2. The property located at 9 Middle Road, Lafayette, California 94549 is my primary residence.

3. I received notice that a trustees sale is scheduled for 1:30 p.m. Pacific Time on January 28, 2026.

4. I filed a prior emergency TRO earlier this morning, which the Court denied for procedural reasons.

5. I will suffer immediate and irreparable harm if the sale proceeds, including the loss of my home, displacement, and damage that cannot be remedied by monetary damages.

6. I have instructed my counsel, Peter Winkler, to notify all defense counsel and the trustee of this renewed motion by email and phone prior to 1:30 p.m.

RENEWED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER  - 4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of January, 2026, in Lafayette, California.

*/s/ Donald James Runnals*
Donald James Runnals

**CERTIFICATION OF NOTICE UNDER RULE 65(b)(1)(B)**

I, Peter Winkler, certify that on January 28, 2026, at approximately 12:30 p.m. Pacific Time, I notified counsel for Defendants by email and telephone of the Renewed Emergency Application for Temporary Restraining Order and provided copies of all filings.

Notice recipients:

- Jan T. Chilton, Esq. (Stinson LLP) (jan.chilton@stinson.com)

- Jillian A. Benbow, Esq. (Aldridge Pite LLP) (jbenbow@aldridgepite.com)

- Western Progressive, LLC Trustee Department (trusteequote@altisource.com)

- Courtroom Deputy to Hon. James Donato (jdcrd@cand.uscourts.gov)

**NOTICE OF FILING AND SERVICE**

Plaintiff, through counsel Peter Winkler, Esq., hereby provides notice that the following documents were filed and served on January 28, 2026, in Case No. 3:26-cv-00105-JD:

1. Renewed Emergency Application for Temporary Restraining Order;

2. Declaration of Donald James Runnals;

3. Certification of Notice under Rule 65(b)(1)(B);

4. [Proposed] Order Granting Temporary Restraining Order.

Copies of all filings were served by CM/ECF, email, and telephone notice to:

- Jan T. Chilton, Esq. (Stinson LLP) (jan.chilton@stinson.com)

- Jillian A. Benbow, Esq. (Aldridge Pite LLP) (jbenbow@aldridgepite.com)

- Western Progressive, LLC Trustee Department (trusteequote@altisource.com)

- Courtroom Deputy to Hon. James Donato (jdcrd@cand.uscourts.gov)

Respectfully,

28th day of January, 2026                By: /s/ *Peter Winkler, Esq.*

                                                      PETER WINKLER LAW OFFICE
                                                      Peter Winkler, Esq. (SBN 92377)
                                                      Attorney for Plaintiff Donald James Runnals