Jillian A. Kaiser (SBN 246822)
JKaiser@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South, Ste. 225
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendant*
Aldridge Pite, LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DONALD JAMES RUNNALS,<br><br>Debtor. | Case No. 3:26-cv-00105-JD |
| DONALD JAMES RUNNALS,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION;<br>WESTERN PROGRESSIVE LLC;<br>MORTGAGE ELECTRONIC SYSTEMS,<br>INC.; U.S. BANK NATIONAL<br>ASSOCIATION<br>AS TRUSTEE FOR LEHMAN MORTGAGE<br>PASS-THROUGH CERTIFICATES, SERIES<br>2007-2; ALDRIDGE PITE, LLP; THE<br>INTERNAL REVENUE SERVICE<br>MICHAEL JOHN RUSH, THE OFFICE OF<br>THE UNITED STATES TRUSTEE;  ,<br><br>Defendant. | **DEFENDANT ALDRIDGE PITE, LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINDER IN DEFENDANTS' PHH MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC'S MOTION TO DISMISS OR STRIKE SECOND AMENDED COMPLAINT**<br><br>**Date: March 12, 2026**<br>**Time: 11:00 a.m.**<br>**Crtrm.: 11, 19th Floor** |

  *Defendant* Aldridge Pite, LLP, by and through its attorneys of record, respectfully request

that the Court take judicial notice of the records more particularly described below pursuant to Rule

201(b) and Rule 201(d) of the Federal Rules of Evidence:

/./.

1     **Exhibit A**:    The Docket for United States Bankruptcy Court, Northern District of

2 California, Case No. 25-41356.

3     **Exhibit B**:    PHH Mortgage Corporation's Request for Special Notice filed August 6, 2025

4 in the United States Bankruptcy Court, Northern District of California, Case No. 25-41356.

5     **Exhibit C**:    The Docket for United States Bankruptcy Court, Northern District of

6 California, Case No. 4:25-ap-04031.

7     **Exhibit D**:    The Complaint filed August 13, 2025 in the United States Bankruptcy Court,

8 Northern District of California, Case No. 4:25-ap-04031.

9     **Exhibit E**:    The Order on Motion to Dismiss Complaint filed November 4, 2025 in the

10 United States Bankruptcy Court, Northern District of California, Case No. 4:25-ap-04031.

11

12                               Respectfully submitted,

13                               **ALDRIDGE PITE, LLP**

14 Dated: January 30, 2026              */s/ Jillian A. Kaiser*

15                               JILLIAN A. KAISER
                                Attorneys for *Defendant*

16                               Aldridge Pite, LLP

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JUDICIAL NOTICE**

**PROOF OF SERVICE**
Case No. 3:26-cv-00105-JD

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 3333 Camino del Rio South, Ste. 225, San Diego, California 92108

On January 30, 2026, I served the following document described as:

**DEFENDANT ALDRIDGE PITE, LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINDER IN DEFENDANTS' PHH MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties in this action as follows:

Peter Winkler
Peter Winkler Law Office
104 Main St Apt A
Belvedere Tiburon, CA 94920

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2026, at San Diego, California.

/s/ *Meliza Hernandez*
MELIZA HERNANDEZ

**EXHIBIT NO. "A"**

**PlnDue, DsclsDue, DebtEd, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
## Bankruptcy Petition #: 25-41356

| | |
|---|---|
| *Date filed:* | 07/30/2025 |
| *Date terminated:* | 12/31/2025 |
| *Debtor dismissed:* | 11/14/2025 |
| *341 meeting:* | 12/01/2025 |
| *Deadline for objecting to discharge:* | 10/24/2025 |

*Assigned to:* Judge William J. Lafferty
Chapter 11
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Peter Winkler** |
| **Donald James Runnals** | Law Offices of Peter Winkler |
| 9 Middle Road | 104A Main St. |
| Lafayette, CA 94549 | Tiburon, CA 94920 |
| CONTRA COSTA-CA | (415) 435-2677 |
| SSN / ITIN: xxx-xx-0115 | Email: pwinkler@winklerlaw.com |

**Trustee**
**Not Assigned - OK**

| | |
|---|---|
| **U.S. Trustee** | represented by **Paul Gregory Leahy** |
| **Office of the U.S. Trustee/Oak** | Office of the United States |
| Office of the United States Trustee | Trustee |
| Phillip J. Burton Federal Building | 280 South First Street |
| 450 Golden Gate Ave. 5th Fl., #05-0153 | Room 268 |
| San Francisco, CA 94102 | San Jose, CA 95113 |
| (415) 252-2080 | 408-535-5535 |
| | Email: Paul.Leahy@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/30/2025 | 1 (9 pgs) | Chapter 11 Voluntary Petition for Individual, Fee Amount $1738, Filed by Donald James Runnals . Order Meeting of Creditors due by 8/6/2025.Incomplete Filings due by 8/13/2025. (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 2 | First Meeting of Creditors with 341(a) meeting to be held on 8/25/2025 at 11:30 AM via UST Teleconference, Call in number/URL: 1-877-991-8832 Passcode: 4101242. Last day to oppose discharge or dischargeability is 10/24/2025. Proofs of Claims due by 11/24/2025. (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 3 (1 pg) | Certificate of Credit Counseling. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 4 (2 pgs) | Creditor Matrix. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |

| | | |
|---|---|---|
| 07/30/2025 | 5 | Statement of Social Security Number. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | | Receipt Number 27Q60MTV, Fee Amount $1738.00 (RE: related document(s)1 Voluntary Petition (Chapter 11)). (trw) (Entered: 07/30/2025) |
| 07/31/2025 | | List of Debtor's Prior Filings for debtor Donald James Runnals Case Number 23-41137, Chapter 7 filed in California Northern Bankruptcy Court on 09/08/2023 , Standard Discharge on 12/13/2023; Case Number 25-40956, Chapter 7 filed in California Northern Bankruptcy Court on 05/30/2025; Case Number 24-41387, Chapter 13 filed in California Northern Bankruptcy Court on 09/10/2024 , Dismissed for Other Reason on 03/21/2025; Case Number 23-40678, Chapter 13 filed in California Northern Bankruptcy Court on 06/13/2023 , Dismissed for Other Reason on 08/11/2023.(Admin) (Entered: 07/31/2025) |
| 07/31/2025 | 6 (1 pg) | Notice of Appearance and Request for Notice by Paul Gregory Leahy. Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Leahy, Paul) (Entered: 07/31/2025) |
| 07/31/2025 | 7 (2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal . (lj) (Entered: 07/31/2025) |
| 07/31/2025 | 8 (3 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (lj) (Entered: 07/31/2025) |
| 07/31/2025 | 9 (3 pgs; 2 docs) | Order for Payment of State and Federal Taxes (admin) (Entered: 07/31/2025) |
| 08/01/2025 | 10 (3 pgs; 2 docs) | Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 9/12/2025 at 11:00 AM in/via Oakland Room 215 - Novack.** Status Conference Statement due by 9/5/2025 (lj) (Entered: 08/01/2025) |
| 08/02/2025 | 11 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 8 Generate 341 Notices). Notice Date 08/02/2025. (Admin.) (Entered: 08/02/2025) |
| 08/02/2025 | 12 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order to File Missing Documents). Notice Date 08/02/2025. (Admin.) (Entered: 08/02/2025) |
| 08/02/2025 | 15 (5 pgs; 4 docs) | Order Transferring Case to the Hon. William J. Lafferty. Involvement of Judge Charles Novack Terminated. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals. (rba) (Entered: 08/04/2025) |
| 08/03/2025 | 13 (4 pgs) | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 9 Order for Payment of State and Federal Taxes). Notice Date 08/03/2025. (Admin.) (Entered: 08/03/2025) |
| 08/03/2025 | 14 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 10 Order and Notice of Status Conference Chp 11). Notice Date 08/03/2025. (Admin.) (Entered: 08/03/2025) |

| 08/06/2025 | [16](3 pgs) | Request for Notice Filed by Creditor PHH Mortgage Corporation (Abrams, Asaph) (Entered: 08/06/2025) |
|---|---|---|
| 08/06/2025 | [17](3 pgs; 2 docs) | Amended Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 10/1/2025 at 10:30 AM in/via Oakland Room 220 - Lafferty.** Status Conference Statement due by 9/24/2025 (lj) (Entered: 08/06/2025) |
| 08/06/2025 | [18](2 pgs) | BNC Certificate of Mailing - Reassignment of Case. (RE: related document(s) [15](https://) Order and Notice Reassigning Case). Notice Date 08/06/2025. (Admin.) (Entered: 08/06/2025) |
| 08/06/2025 | [19](3 pgs) | BNC Certificate of Mailing (RE: related document(s) [15](https://) Order and Notice Reassigning Case). Notice Date 08/06/2025. (Admin.) (Entered: 08/06/2025) |
| 08/08/2025 | [20](4 pgs) | BNC Certificate of Mailing (RE: related document(s) [17](https://) Order and Notice of Status Conference Chp 11). Notice Date 08/08/2025. (Admin.) (Entered: 08/08/2025) |
| 08/13/2025 | [21](17 pgs) | Adversary case 25-04031. 31 (Approval of sale of property of estate and of a co-owner - 363(h)), 41 (Objection / revocation of discharge - 727(c),(d), (e)), 71 (Injunctive relief - reinstatement of stay) ,01 (Determination of removed claim or cause), 13 (Recovery of money/property - 548 fraudulent transfer) Complaint by Donald James Runnals against PHH Mortgage Corporation , U.S. Bank National Assoication , Mortgage Electronic Registration Systems, Inc. , Western Progressive, LLC. , Aldridge Pite, LLP , Internal Revenue Service , The Office of the United States Trustee , Carla K Cordero , Paul Leahy . Fee Amount $350 . (jbj) (Entered: 08/13/2025) |
| 08/13/2025 | [22](1 pg) | Amended Creditor Matrix Filed by Debtor Donald James Runnals (vmv). DEFECTIVE ENTRY:Party filer to pay required fee due. Modified on 8/14/2025 (klr). NOTE: PDF does not reflect that it is an amended document. Modified on 8/14/2025 (lj). (Entered: 08/13/2025) |
| 08/13/2025 | [23](2 pgs) | Chapter 11 Statement of Current Monthly Income ( Filed by Debtor Donald James Runnals (vmv) (Entered: 08/13/2025) |
| 08/13/2025 | [24](45 pgs) | Declaration , Summary of Assets and Liabilities for Individual , Schedules A - J , Statement of Financial Affairs for Individual Filed by Debtor Donald James Runnals (vmv) (Entered: 08/13/2025) |
| 08/19/2025 | [25](5 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Donald James Runnals (vmv) (Entered: 08/19/2025) |
| 08/25/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor failed to appear. No testimony taken*. 341(a) meeting to be held on 9/12/2025 at 03:30 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 08/25/2025) |
| 08/28/2025 | [26](1 pg) | Summons Service Executed on Paul Leahy 8/28/2025; Carla K Cordero 8/28/2025; Michael John Rush 8/28/2025; Internal Revenue Service 8/28/2025; Aldridge Pite, LLP 8/28/2025; Western Progressive, LLC 8/28/2025; US Bank National Association 8/28/2025; Not Assigned - OK |

| | | |
|---|---|---|
| | | 8/28/2025; Office of the U.S. Trustee/Oak 8/28/2025; PHH Mortgage Corporation 8/28/2025 . (da). DEFECTIVE ENTRY: Clerk docketed in error. Modified on 8/29/2025 (trw). (Entered: 08/28/2025) |
| 09/12/2025 | 28 (3 pgs) | Substitution of Attorney . Filed by Debtor Donald James Runnals and Peter Winkler. (trw) (Entered: 09/25/2025) |
| 09/13/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor Donald James Runnals and Peter Winkler, counsel for Debtor, appeared. Testimony taken.* 341(a) meeting to be held on 10/14/2025 at 03:00 PM via UST Teleconference San Francisco, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 09/13/2025) |
| 09/15/2025 | 27 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/12/2025 11:00:22 AM ]. File Size [ 16 KB ]. Run Time [ 00:00:04 ]. (admin). (Entered: 09/15/2025) |
| 09/26/2025 | 29 (3 pgs; 2 docs) | Memorandum Before Status Conference (RE: related document(s)17 Order and Notice of Status Conference Chp 11). (rs) (Entered: 09/26/2025) |
| 09/28/2025 | 30 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 29 Order). Notice Date 09/28/2025. (Admin.) (Entered: 09/28/2025) |
| 10/01/2025 | | Hearing Held.Minutes of Proceeding: No appearance by the Debtor. Court to issue an Order to Show Cause with the response due date of 11/5/2025 by the Debtor. The Motion to Dismiss Case on underlying AP case is currently set for 10/29/2025. (RE: related document(s) 17 Order and Notice of Status Conference Chp 11, 29 Order). (rs) (Entered: 10/03/2025) |
| 10/02/2025 | 31 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/1/2025 10:30:11 AM ]. File Size [ 3389 KB ]. Run Time [ 00:14:07 ]. (admin). (Entered: 10/02/2025) |
| 10/09/2025 | 32 (4 pgs; 2 docs) | Order To Show Cause Why Case Should Not Be Dismissed (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals, 29 Order, Hearing Held (Bk)). Response due by 11/5/2025. (rs) (Entered: 10/09/2025) |
| 10/10/2025 | 33 (5 pgs) | Application to Employ Peter Winkler as Legal Counsel Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/10/2025) |
| 10/11/2025 | 34 (5 pgs) | BNC Certificate of Mailing (RE: related document(s) 32 Order to Show Cause for Dismissal). Notice Date 10/11/2025. (Admin.) (Entered: 10/11/2025) |
| 10/14/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor Donald James Runnals and Debtor's Counsel Peter Winkler appeared. Testimony taken.* 341(a) meeting to be held on 11/12/2025 at 03:00 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 10/14/2025) |
| 10/21/2025 | 35 (3 pgs) | Motion to Stay . *Motion of the U.S. Trustee for a Stay of the Application to Employ Peter Winkler as Legal Counsel in Light of Lapse of Appropriations* (RE: related document(s)33 Application to Employ filed by Debtor Donald |

| | | James Runnals). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Leahy, Paul) (Entered: 10/21/2025) |
|---|---|---|
| 10/23/2025 | [36](#)<br>(3 pgs) | Response To Order To Show Cause Why Case Should Not Be Dismissed RE: #32 Filed by Debtor Donald James Runnals (Winkler, Peter)Modified on 10/23/2025 (rs). Related document(s) [32](#) Order to Show Cause for Dismissal. Modified on 10/23/2025 (rs). (Entered: 10/23/2025) |
| 10/23/2025 | [37](#)<br>(3 pgs) | Motion Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/23/2025) |
| 10/28/2025 | [38](#)<br>(4 pgs) | Motion *Motion for leave to file a reply re 23* Filed by Debtor Donald James Runnals (Winkler, Peter) DEFECTIVE ENTRY: PDF Filed on incorrect case. Modified on 11/3/2025 (jmb). (Entered: 10/28/2025) |
| 10/28/2025 | [39](#)<br>(4 pgs) | Response (RE: related document(s)[32](#) Order to Show Cause for Dismissal, [35](#) Motion to Stay). Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/28/2025) |
| 11/14/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued *pending entry of order dismissing case. Debtor and Debtor's counsel did not appear during the continued meeting held on 11/12/2025. No testimony taken.* 341(a) meeting to be held on 12/1/2025 at 03:00 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 11/14/2025) |
| 11/14/2025 | [40](#)<br>(7 pgs; 4 docs) | Order Dismissing Chapter 11 Case (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals, [32](#) Order to Show Cause for Dismissal). Case Management Action due after 12/1/2025. (rba) (Entered: 11/14/2025) |
| 11/19/2025 | [41](#)<br>(3 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) [40](#) Order to Dismiss Case). Notice Date 11/19/2025. (Admin.) (Entered: 11/19/2025) |
| 11/19/2025 | [42](#)<br>(6 pgs) | BNC Certificate of Mailing (RE: related document(s) [40](#) Order to Dismiss Case). Notice Date 11/19/2025. (Admin.) (Entered: 11/19/2025) |
| 12/31/2025 | | Bankruptcy Case Closed. (jmb) (Entered: 12/31/2025) |

## PACER Service Center

### Transaction Receipt

01/29/2026 17:54:14

| PACER Login: | jabenbow5621 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 25-41356 Fil or Ent: filed From: 11/26/2000 To: 1/29/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: |

| | | | included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**EXHIBIT NO. "B"**

Asaph Abrams (SBN 222576)
**ALDRIDGE PITE, LLP**
ecfcanb@aldridgepite.com
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  PHH Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| In re | Case No. 25-41356-CN |
| DONALD JAMES RUNNALS | Chapter 11 |
| Debtor. | **PHH MORTGAGE CORPORATION'S REQUEST FOR SPECIAL NOTICE** |

**TO ALL INTERESTED PARTIES**:

  **PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for PHH Mortgage Corporation hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

  ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

  Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

-1-       Case No. 25-41356-CN
**REQUEST FOR SPECIAL NOTICE**

1  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

2  the within party's:

3      a.      Right to have any and all final orders in any and all non-core matters entered only

4  after de novo review by a United States District Court Judge;

5      b.      Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

6  proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the

7  instant proceeding. This Request for Special Notice shall not operate as a confession and/or

8  concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either

9  expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as

10 its agent for purposes of service under Fed. R. Bankr. P. 7004;

11     c.      Right to trial by jury in any proceeding as to any and all matters so triable herein,

12 whether or not the same be designated legal or private rights, or in any case, controversy or

13 proceeding related hereto, notwithstanding the designation or not of such matters as "core

14 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

15 statute or the United States Constitution;

16     d.      Right to have the reference of this matter withdrawn by the United States District

17 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18     e.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

19 this party is entitled under any agreements at law or in equity or under the United States Constitution.

20                              ALDRIDGE PITE, LLP

21

22 Dated: August 5, 2025                /s/ Asaph Abrams
                                        Attorneys for PHH Mortgage Corporation
23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that I served a copy of the foregoing **REQUEST FOR SPECIAL NOTICE**

3

to be served on August 6, 2025. Service was accomplished by the method and to the following as

4

indicated:

5

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

6

**DEBTOR**
**(via U.S. Mail)**

7

Donald James Runnals
9 Middle Road
Lafayette, CA 94549

8

9

10

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

11

PRO SE

12

13

**TRUSTEE**
**(via electronic notice)**

14

Not Assigned OK

15

16

**BORROWER(S)**

17

Donald Runnals
9 Middle Rd
Lafayette, CA 94549-0000

18

19

I declare under penalty of perjury that the foregoing is true and correct.

20

21

Dated: August 6, 2025                    /s/Melissa Gonzalez

22

23

24

25

26

27

28

-3-                                    Case No. 25-41356-CN
**REQUEST FOR SPECIAL NOTICE**

**EXHIBIT NO. "C"**

Jdemand, DISMISSED, APPEAL

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
## Adversary Proceeding #: 25-04031

*Assigned to:* Judge William J. Lafferty
*Lead BK Case:* 25-41356
*Lead BK Title:* Donald James Runnals
*Lead BK Chapter:* 11
*Demand:* 0

*Date Filed:* 08/13/25
*Date Dismissed:* 10/31/25

*Nature[s] of Suit:* 31 Approval of sale of property of estate and of a co-owner - 363(h)
72 Injunctive relief - other
71 Injunctive relief - reinstatement of stay
01 Determination of removed claim or cause
13 Recovery of money/property - 548 fraudulent transfer

### Plaintiff
-----------------------
**Donald James Runnals**
9 Middle Rd.
Lafayette, CA 94549
SSN / ITIN: xxx-xx-0115

represented by **Peter Winkler**
Law Offices of Peter Winkler
104A Main St.
Tiburon, CA 94920
(415) 435-2677
Email: pwinkler@winklerlaw.com

V.

### Defendant
-----------------------
**PHH Mortgage Corporation,** *PHH*

represented by **Adam N. Barasch**
Severson and Werson
One Embarcadero Center #2600
San Francisco, CA 94111
(415)677-5533
Email: adam.barasch@stinson.com

### Defendant
-----------------------
**U.S. Bank National Association,** *as Trustee for*
*Lehman Mortgage Trust Mortgage Pass-Through*
*Certificates, Series 2007-2*

represented by **Adam N. Barasch**
(See above for address)

### Defendant
-----------------------
**Mortgage Electronic Registration Systems, Inc.,**

represented by **Adam N. Barasch**

*MERS*                                                      (See above for address)


**Defendant**
-----------------------
**Western Progressive, LLC.,** *Western Progressive*    represented by **Adam N. Barasch**
                                                        (See above for address)


**Defendant**
-----------------------
**Aldridge Pite, LLP,** *Aldridge*                      represented by **Jillian A. Benbow**
                                                        Aldridge Pite, LLP
                                                        8880 Rio San Diego Drive
                                                        Ste 725
                                                        San Diego, CA 92108
                                                        714-285-2683
                                                        Email: ecfcanb@aldridgepite.com


**Defendant**
-----------------------
**Internal Revenue Service,** *IRS*                     represented by **Michael Keough**
                                                        DOJ-USAO
                                                        450 Golden Gate Avenue
                                                        San Francisco, CA 94102
                                                        415-436-6878
                                                        Email: michael.keough@usdoj.gov


**Defendant**
-----------------------
**The Office of the United States Trustee**             represented by **Michael Keough**
                                                        (See above for address)


**Defendant**
-----------------------
**Carla K. Cordero**                                    represented by **Michael Keough**
                                                        (See above for address)


**Defendant**
-----------------------
**Paul Leahy**                                          represented by **Michael Keough**
                                                        (See above for address)


**Defendant**
-----------------------
**Michael John Rush**                                   represented by **Michael John Rush**
                                                        PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 08/13/2025 | [1](17 pgs) | Adversary case 25-04031. 31 (Approval of sale of property of estate and of a co-owner - 363(h)), (Injunctive relief - reinstatement of stay) ,01 (Determination of removed claim or cause), 13 (Recovery of money/property - 548 fraudulent transfer) Complaint by Donald James Runnals against PHH Mortgage Corporation , U.S. Bank National Assoication , Mortgage Electronic Registration Systems, Inc. , Western Progressive, LLC. , Aldridge Pite, LLP , Internal Revenue Service , The Office of the United States Trustee , Carla K Cordero , Paul Leahy . Fee Amount $350 . (jbj)Modified on 8/18/2025 (jmb). (Entered: 08/13/2025) |
| 08/13/2025 | | Receipt Number 27QI8279, Fee Amount $350.00 (RE: related document(s)[1] Complaint). (trw) (Entered: 08/13/2025) |
| 08/18/2025 | [2](4 pgs; 4 docs) | Order Regarding Initial Disclosures and Discovery Conference (jmb) (Entered: 08/18/2025) |
| 08/18/2025 | [3](4 pgs; 2 docs) | Summons Issued on Aldridge Pite, LLP Answer Due 9/17/2025; Carla K. Cordero Answer Due 9/17/2025; Internal Revenue Service Answer Due 9/17/2025; Paul Leahy Answer Due 9/17/2025; Mortgage Electronic Registration Systems, Inc. Answer Due 9/17/2025; PHH Mortgage Corporation Answer Due 9/17/2025; Michael John Rush Answer Due 9/17/2025; The Office of the United States Trustee Answer Due 9/17/2025; U.S. Bank National Association Answer Due 9/17/2025; Western Progressive, LLC. Answer Due 9/17/2025 (RE: related document(s)[1] Complaint filed by Plaintiff Donald James Runnals). **Scheduling Conference scheduled for 10/29/2025 at 10:30 AM in/via Oakland Room 220 - Lafferty.** (jmb) (Entered: 08/18/2025) |
| 08/20/2025 | [4](2 pgs) | BNC Certificate of Mailing (RE: related document(s) [2] Discovery Order). Notice Date 08/20/2025. (Admin.) (Entered: 08/20/2025) |
| 08/20/2025 | [5](2 pgs) | BNC Certificate of Mailing (RE: related document(s) [2] Discovery Order). Notice Date 08/20/2025. (Admin.) (Entered: 08/20/2025) |
| 08/20/2025 | [6](4 pgs) | BNC Certificate of Mailing (RE: related document(s) [3] Summons Issued). Notice Date 08/20/2025. (Admin.) (Entered: 08/20/2025) |
| 08/28/2025 | [7](1 pg) | Summons Service Executed on Aldridge Pite, LLP 8/28/2025; Carla K. Cordero 8/28/2025; Internal Revenue Service 8/28/2025; Paul Leahy 8/28/2025; Mortgage Electronic Registration Systems, Inc. 8/28/2025; PHH Mortgage Corporation 8/28/2025; Michael John Rush 8/28/2025; U.S. Bank National Association 8/28/2025; Western Progressive, LLC. 8/28/2025 . (da) (Entered: 08/29/2025) |
| 09/12/2025 | [16](4 pgs) | Motion for Continuance and Waiver of Attendance Filed by Plaintiff Donald James Runnals . (trw) (Entered: 09/25/2025) |
| 09/17/2025 | [8](15 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding Filed by Defendants Mortgage Electronic Registration Systems, Inc., PHH Mortgage Corporation, U.S. Bank National Association, Western Progressive, LLC.. (Attachments: # [1] Request for Judicial Notice) (Barasch, Adam) (Entered: 09/17/2025) |

| | | |
|---|---|---|
| 09/17/2025 | [9](link)<br>(2 pgs) | Certificate of Service (RE: related document(s)[8](link) Motion to Dismiss Adversary Proceeding). Filed by Defendants Mortgage Electronic Registration Systems, Inc., PHH Mortgage Corporation, U.S. Bank National Association, Western Progressive, LLC. (Barasch, Adam). Related document(s) [10](link) Notice of Hearing, [11](link) Request To Take Judicial Notice. Modified on 9/18/2025 (bg). (Entered: 09/17/2025) |
| 09/17/2025 | [10](link)<br>(3 pgs) | Notice of Hearing (RE: related document(s)[8](link) Motion to Dismiss Adversary Proceeding filed by Defendant PHH Mortgage Corporation, Defendant U.S. Bank National Association, Defendant Mortgage Electronic Registration Systems, Inc., Defendant Western Progressive, LLC.). **Hearing scheduled for 10/29/2025 at 10:30 AM in/via Oakland Room 220 - Lafferty.** Filed by Defendants Mortgage Electronic Registration Systems, Inc., PHH Mortgage Corporation, U.S. Bank National Association, Western Progressive, LLC.. (Barasch, Adam) (Entered: 09/17/2025) |
| 09/17/2025 | [11](link)<br>(80 pgs) | Request To Take Judicial Notice *with Exhibits* (RE: related document(s)[8](link) Motion to Dismiss Adversary Proceeding). Filed by Defendants Mortgage Electronic Registration Systems, Inc., PHH Mortgage Corporation, U.S. Bank National Association, Western Progressive, LLC. (Barasch, Adam) (Entered: 09/17/2025) |
| 09/17/2025 | [12](link)<br>(19 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding Filed by Defendant Aldridge Pite, LLP. (Attachments: # [1](link) Memorandum of Points and Authorities) (Benbow, Jillian) (Entered: 09/17/2025) |
| 09/17/2025 | [13](link)<br>(61 pgs) | Request To Take Judicial Notice (RE: related document(s)[12](link) Motion to Dismiss Adversary Proceeding). Filed by Defendant Aldridge Pite, LLP (Benbow, Jillian) (Entered: 09/17/2025) |
| 09/17/2025 | [14](link)<br>(2 pgs) | Notice of Hearing *on Motion to Dismiss Complaint* (RE: related document(s)[12](link) Motion to Dismiss Adversary Proceeding filed by Defendant Aldridge Pite, LLP). **Hearing scheduled for 10/29/2025 at 10:30 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Defendant Aldridge Pite, LLP. (Benbow, Jillian) (Entered: 09/17/2025) |
| 09/17/2025 | [15](link)<br>(2 pgs) | Certificate of Service (RE: related document(s)[12](link) Motion to Dismiss Adversary Proceeding, [13](link) Request To Take Judicial Notice, [14](link) Notice of Hearing). Filed by Defendant Aldridge Pite, LLP (Benbow, Jillian) (Entered: 09/17/2025) |
| 09/26/2025 | [17](link)<br>(4 pgs; 2 docs) | Order Denying Motion For Continuance And Waiver Of Attendance (Related Doc # [16](link)) (rs) (Entered: 09/26/2025) |
| 09/28/2025 | [18](link)<br>(4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [17](link) Order on Motion to Continue/Reschedule Hearing). Notice Date 09/28/2025. (Admin.) (Entered: 09/28/2025) |
| 10/23/2025 | [19](link)<br>(5 pgs) | Opposition Motion *to Motion to Dismiss re #8 #12* Filed by Plaintiff Donald James Runnals. (Winkler, Peter) (Entered: 10/23/2025) |
| 10/23/2025 | [20](link)<br>(131 pgs) | Motion *Request for Judicial Notice* Filed by Plaintiff Donald James Runnals. (Winkler, Peter) (Entered: 10/23/2025) |

| 10/23/2025 | 21<br>(3 pgs) | Jury Demand by Donald James Runnals. Filed by Plaintiff Donald James Runnals (Winkler, Peter) (Entered: 10/23/2025) |
|---|---|---|
| 10/23/2025 | 22<br>(7 pgs; 2 docs) | Amended (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant PHH Mortgage Corporation, Defendant U.S. Bank National Association, Defendant Mortgage Electronic Registration Systems, Inc., Defendant Western Progressive, LLC., 12 Motion to Dismiss Adversary Proceeding filed by Defendant Aldridge Pite, LLP, 19 Motion Miscellaneous Relief filed by Plaintiff Donald James Runnals). Filed by Plaintiff Donald James Runnals (Attachments: # 1 Proposed Order-FRBP 4001) (Winkler, Peter) (Entered: 10/23/2025) |
| 10/23/2025 | 23<br>(6 pgs; 2 docs) | Response */Reply to Late File Opposition* (RE: related document(s)22 Amended Application/Motion). Filed by Defendants Mortgage Electronic Registration Systems, Inc., PHH Mortgage Corporation, U.S. Bank National Association, Western Progressive, LLC. (Attachments: # 1 Certificate of Service) (Barasch, Adam). Related document(s) 19 Opposition Motion *to Motion to Dismiss re #8 #12* filed by Plaintiff Donald James Runnals. Modified on 10/24/2025 (rdr). (Entered: 10/23/2025) |
| 10/27/2025 | 24<br>(7 pgs; 2 docs) | Reply *to Untimely Opposition to Motion to Dismiss Complaint* (RE: related document(s)23 Response). Filed by Defendant Aldridge Pite, LLP (Attachments: # 1 Certificate of Service) (Benbow, Jillian) (Entered: 10/27/2025) |
| 10/27/2025 | 25<br>(4 pgs; 2 docs) | Memorandum Before Hearing (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Aldridge Pite, LLP). (rs) (Entered: 10/28/2025) |
| 10/28/2025 | 26<br>(4 pgs) | Reply (RE: related document(s)23 Response). Filed by Plaintiff Donald James Runnals (Winkler, Peter) (Entered: 10/28/2025) |
| 10/29/2025 | 27<br>(4 pgs) | Notice Regarding *Letter for Limited Purpose of Identifying Lack of Service of Federal Defendants* Filed by Defendants Carla K. Cordero, Internal Revenue Service, Paul Leahy, The Office of the United States Trustee. (Keough, Michael) (Entered: 10/29/2025) |
| 10/29/2025 | | Hearing Held. Minutes of Proceeding: For the reasons stated on the record, the Motion to Dismiss Adversary Proceeding is granted, with prejudice. Order to be submitted. The underlying Chapter 11 Case is dismissed. Court to prepare the Order. (RE: related document(s) 1 Complaint, 8 Motion to Dismiss Adversary Proceeding). (rs) (Entered: 11/03/2025) |
| 10/30/2025 | 28<br>(4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 25 Order). Notice Date 10/30/2025. (Admin.) (Entered: 10/30/2025) |
| 10/30/2025 | 29<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/29/2025 10:30:08 AM ]. File Size [ 4777 KB ]. Run Time [ 00:19:54 ]. (admin). (Entered: 10/30/2025) |
| 10/31/2025 | 30<br>(4 pgs; 2 docs) | Order Granting Motion To Dismiss Complaint As To PHH Mortgage Corporation, U.S. Bank National Association, As Trustee For Lehman Mortgage Pass-Through Certificates, Series 2007-2, Mortgage Electronic Registration Systems, Inc., And Western Progressive, LLC (Related Doc # |

| | | 8) Case Management Action due after 11/14/2025. (rs) (Entered: 10/31/2025 |
|---|---|---|
| 11/02/2025 | [31](4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [30](4 pgs) Order on Motion to Dismiss Adversary Proceeding). Notice Date 11/02/2025. (Admin.) (Entered: 11/02/2025) |
| 11/04/2025 | [32](3 pgs) | Order On Motion To Dismiss Complaint (RE: related document(s)[12] Motion to Dismiss Adversary Proceeding filed by Defendant Aldridge Pite, LLP. (rs) (Entered: 11/04/2025) |
| 11/06/2025 | [33](28 pgs) | Motion for Preliminary Injunction Filed by Plaintiff Donald James Runnals. (Winkler, Peter) (Entered: 11/06/2025) |
| 11/06/2025 | [34](4 pgs) | Ex Parte Motion *for Preservation and Limited Expediated Discovery* Filed by Plaintiff Donald James Runnals. (Winkler, Peter) (Entered: 11/06/2025) |
| 11/06/2025 | [35](3 pgs) | Subpoena to be Issued . Filed by Plaintiff Donald James Runnals Case Management Action due after 11/10/2025. (Winkler, Peter). DEFECTIVE ENTRY: Incorrect event code selected. Modified on 11/6/2025 (trw). (Entered: 11/06/2025) |
| 11/18/2025 | [36](16 pgs) | Emergency Motion to Enforce Automatic Stay; to Direct Cancellation of Foreclosure Auction Listing; And for Order to Show Cause Re Sanctions Filed by Plaintiff Donald James Runnals. (Winkler, Peter)Modified on 11/18/2025 (no). (Entered: 11/18/2025) |
| 11/18/2025 | [37](7 pgs) | Ex Parte Application For Order Shortening Time on Emergency Motion to Enforce Automatic Stay and Proposed Order Filed by Plaintiff Donald James Runnals (RE: related document(s)[36] Motion for Order to Show Cause filed by Plaintiff Donald James Runnals). (Winkler, Peter)Modified on 11/18/2025 (rdr). (Entered: 11/18/2025) |
| 11/18/2025 | [38](8 pgs) | Motion to Reconsider Filed by Plaintiff Donald James Runnals (RE: related document(s) (Winkler, Peter). Related document(s) [32] Order to Dismiss. Modified on 11/19/2025 (trw). (Entered: 11/18/2025) |
| 11/18/2025 | [39](20 pgs) | Notice of Appeal to BAP , Fee Amount $ 298.. Transmission of Record to District Court due by 12/18/2025. Filed by Plaintiff Donald James Runnals (Winkler, Peter)Modified on 11/21/2025 (dc). (Entered: 11/18/2025) |
| 11/18/2025 | | Receipt of filing fee for Notice of Appeal( [25-04031] [appeal,ntcapl] ( 298.00). Receipt number A34214738, amount $ 298.00 (re: Doc# [39] Notice of Appeal) (U.S. Treasury) (Entered: 11/18/2025) |
| 11/20/2025 | [40](3 pgs; 2 docs) | Memorandum Regarding Filed Pleadings (RE: related document(s)[32] Order, [39] Notice of Appeal filed by Plaintiff Donald James Runnals). (rs) (Entered: 11/20/2025) |
| 11/21/2025 | [41](2 pgs; 2 docs) | Service of Notice of Referral to MARY KATE SULLIVAN, ADAM N. BARASCH, Jillian A. Benbow, Asaph Abrams, MICHAEL JOHN RUSH, CARLA K. CORDERO,PAUL LEAHY: Attorney for Appellee(s), Peter Winkler: Attorney for Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)[39] Notice of Appeal filed by Plaintiff Donald James Runnals). (da) (Entered: 11/21/2025) |

| | | |
|---|---|---|
| 11/21/2025 | [42](#)<br>(22 pgs; 2 docs) | Service of Notice of Appeal to MARY KATE SULLIVAN, ADAM N. BARASCH, Jillian A. Benbow, Asaph Abrams, MICHAEL JOHN RUSH, CARLA K. CORDERO,PAUL LEAHY: Attorney for Appellee(s) Peter Winkler: Attorney for Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)[39](#) Notice of Appeal filed by Plaintiff Donald James Runnals). (da) Additional attachment(s) added on 11/24/2025 (bg). Corrective Entry: Clerk resized document for BNC service. Modified on 11/24/2025 (bg). (Entered: 11/21/2025) |
| 11/22/2025 | [43](#)<br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [40](#) Order). Notice Date 11/22/2025. (Admin.) (Entered: 11/22/2025) |
| 11/23/2025 | [44](#)<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) [41](#) Service of Notice of Referral). Notice Date 11/23/2025. (Admin.) (Entered: 11/23/2025) |
| 11/26/2025 | [45](#)<br>(23 pgs) | BNC Certificate of Mailing (RE: related document(s) [42](#) Service of Notice of Appeal). Notice Date 11/26/2025. (Admin.) (Entered: 11/26/2025) |
| 12/03/2025 | | Returned Mail: Mail originally sent on 11/23/2025 returned as undeliverable. Returned Mail: The following order sent to Asaph Abrams Aldridge Pite LLP 8880 Rio San Diego Drive Suite 725 San Diego, CA 92108-1619 on 11/23/2025 was returned as undeliverable: Service of Notice of Referral (ADI Administrator court); (Entered: 12/03/2025) |
| 12/05/2025 | [46](#)<br>(36 pgs; 4 docs) | Transmission of Notice of Appeal to Bankruptcy Appellant Panel (RE: related document(s)[39](#) Notice of Appeal filed by Plaintiff Donald James Runnals, [42](#) Service of Notice of Appeal). (Attachments: # [1](#) Notice of Appeal # [2](#) Notice of Referral # [3](#) Appeal Documents) (jmb) (Entered: 12/05/2025) |
| 12/08/2025 | | Returned Mail: Mail originally sent on 11/23/2025 returned as undeliverable. Returned Mail: The following order sent to MARY KATE SULLIVAN Severson and Werson One Embarcadero Center, #2600 San Francisco, CA 94111-3715 on 11/23/2025 was returned as undeliverable: Service of Notice of Referral (ADI Administrator court); (Entered: 12/08/2025) |
| 12/09/2025 | [47](#)<br>(1 pg) | Acknowledgment of Receipt by BAP of Notice of Appeal to BAP. Case Number: NC-25-1233 (RE: related document(s)[39](#) Notice of Appeal filed by Plaintiff Donald James Runnals, [46](#) Transmission of Notice of Appeal to BAP). (trw) (Entered: 12/09/2025) |
| 12/29/2025 | [48](#)<br>(1 pg) | Transmission of Document (Incomplete Record on Appeal) on Appeal to Bankruptcy Appellant Panel, Appeal Case Number:NC-25-1233. (RE: related document(s)[39](#) Notice of Appeal filed by Plaintiff Donald James Runnals). (jmb) (Entered: 12/29/2025) |

| PACER Login: | jabenbow5621 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 25-04031 Fil or Ent: filed From: 11/26/2000 To: 1/29/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: | 0.50 |

**EXHIBIT NO. "D"**

1
2  Donald James Runnals
   Pro se
3  9 Middle Road
   Lafayette, CA 94549
4  Email: drunnals48@gmail.com

**FILED**

**AUG 1 3 2025** JJ

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6
7               **UNITED STATES BANKRUPTCY COURT**
8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10  NAME OF DEBTOR                          )   Case No.: 25-41356- WJL
                                           )
11  DONALD JAMES RUNNALS, pro se           )   **COMPLAINT FOR:**
                                           )   **1. DECLARATORY RELIEF;**
12  NAME OF PLAINTIFF(S)                   )   **2. QUIET TITLE;**
                                           )   **3. OBJECTION TO PROOF OF CLAIM;**
13  Donald James Runnals,                  )   **4. BANKRUPTCY FRAUD (18 U.S.C. §§**
                                           )   **152, 157);**
14          Secured Party Creditor         )   **5. RICO VIOLATIONS (18 U.S.C. § 1962);**
                                           )   **6. SLANDER OF TITLE.**
15      vs.                                )

16  PHH MORTGAGE CORPORATION ("PHH");          **DATE:**
17  U.S. BANK NATIONAL ASSOCIATION, AS         **TIME:**
    TRUSTEE for LEHMAN MORTGAGE              **DEPT:  US Bankruptcy Courtroom 220**
18  TRUST MORTGAGE PASS-THROUGH             Honorable Judge William J. Lafferty
    CERTIFICATES, SERIES 2007-2;
19  MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC. ("MERS"); WESTERN
20  PROGRESSIVE, LLC ("WESTERN
    PROGRESSIVE"); ALDRIDGE PITE, LLP
21  ("ALDRIDGE"); and the INTERNAL
    REVENUE SERVICE ("IRS"), MICHAEL
22  JOHN RUSH; THE OFFICE OF THE UNITED
    STATES TRUSTEE; CARLA K. CORDERO;
23  and PAUL LEAHY, DOES 1-50 and alleges as
    follows:
24
25
26          Defendant(s).
27  ─────────────────────────────────
28

COMPLAINT FOR:1. DECLARATORY RELIEF;2. QUIET TITLE;3. OBJECTION TO PROOF OF CLAIM;4. BANKRUPTCY FRAUD (18
U.S.C. §§ 152, 157);5. RICO VIOLATIONS (18 U.S.C. § 1962);6. SLANDER OF TITLE

                                                                                                                   1

JURY TRIAL DEMANDED

Plaintiff Donald James Runnals ("Plaintiff" or "Secured Party Creditor"), files this Complaint against Defendants PHH MORTGAGE CORPORATION ("PHH"); U.S. BANK, N.A., ("U.S. BANK"); AS TRUSTEE for LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); WESTERN PROGRESSIVE, LLC ("WESTERN PROGRESSIVE"); ALDRIDGE PITE, LLP ("ALDRIDGE PITE"); and the INTERNAL REVENUE SERVICE ("IRS"), MICHAEL JOHN RUSH; THE OFFICE OF THE UNITED STATES TRUSTEE; CARLA K. CORDERO; and PAUL LEAHY, and alleges as follows:

# JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334, because the claims arise out of a bankruptcy case.

2. Personal jurisdiction over each Defendant is proper under 28 U.S.C. § 1402 because the alleged fraudulent conduct occurred in the Northern District of California and the Defendants are either resident in this District or transacted business here.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District.

4. The state-law claims asserted herein arise under California law (California Civil Code §§ 1572-1592.2, § 3294, etc.). Under 28 U.S.C. § 1334, this Court has authority to adjudicate those state-law causes of action in an adversary proceeding that is part of the underlying bankruptcy case.

# FACTUAL ALLEGATIONS

1. On December 22, 2006, Plaintiff entered into a promissory note with IndyMac Bank, F.S.B. (the "Note"). The Note was settled at inception; the parties executed a settlement agreement that fully satisfied the indebtedness.

COMPLAINT FOR:1. DECLARATORY RELIEF;2. QUIET TITLE;3. OBJECTION TO PROOF OF CLAIM;4. BANKRUPTCY FRAUD (18 U.S.C. §§ 152, 157);5. RICO VIOLATIONS (18 U.S.C. § 1962);6. SLANDER OF TITLE

Case: 25-41356    Doc# 21    Filed: 08/13/25    Entered: 08/13/25 16:57:10    Page 2 of 17

2

2. Simultaneously, a Deed of Trust was recorded in the County Recorder's Office, securing the Note in favor of U.S. Bank (as trustee for the Lehman Mortgage Trust Pass-Through Certificates, Series 2007-2). The Deed of Trust was void, because the underlying Note was already satisfied and therefore had no value.

3. The Deed of Trust was executed without consideration and with the intent to defraud Plaintiff and any future lienholders, thereby creating a fraudulent transfer.

4. Defendants thereafter relied on the fraudulent Deed of Trust to assert a lien on the subject-property located at 9 Middle Road, Lafayette, CA 94549, and to file a Proof of Claim in the bankruptcy case seeking over $115,000.

5. Defendants also submitted account statements that purport to show outstanding balances. Those statements are hearsay, contain conclusory allegations, and are unsupported by any primary documentation.

6. Plaintiff suffered loss of title, the imposition of an unlawful lien, and significant financial injury.

---

# CAUSES OF ACTION

**Count I – Federal Fraudulent Transfer Claim**

*11 U.S.C. § 548*

Plaintiff alleges that Defendants made a transfer of the Deed of Trust for less than reasonably equivalent value with actual intent to hinder, delay, or defraud the bankruptcy estate. The transfer is voidable under § 548.

**Count II – State Law Fraudulent Transfer Claim**

COMPLAINT FOR:1. DECLARATORY RELIEF;2. QUIET TITLE;3. OBJECTION TO PROOF OF CLAIM;4. BANKRUPTCY FRAUD (18 U.S.C. §§ 152, 157);5. RICO VIOLATIONS (18 U.S.C. § 1962);6. SLANDER OF TITLE

Case: 25-41356    Doc# 21    Filed: 08/13/25    Entered: 08/13/25 16:57:10    Page 3 of 17

3

*California Civil Code §§ 1572-1592.2*

1.  Plaintiff alleges that Defendant U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2 (and each other Defendant) engaged in fraudulent conduct in violation of California law.

2.  Specifically, the Deed of Trust was executed with intent to defraud and without reasonably equivalent value, constituting a fraudulent transfer under California Civil Code §§ 1572-1592.2.

3.  Defendants made false representations, concealed material facts, and induced Plaintiff to rely on those misrepresentations.

4.  As a direct and proximate result, Plaintiff suffered loss of property title, financial injury, and the imposition of an unlawful lien.

**Count III – Declaratory Relief**

*28 U.S.C. § 2201; California Civil Code § 3344*

Plaintiff seeks a declaration that the Deed of Trust is void and unenforceable under both federal and California law.

**Count IV – Injunctive Relief**

*28 U.S.C. § 2202; Cal. Civ. Code § 3294*

Plaintiff seeks a pre-injunction prohibiting Defendants from enforcing, recording, or asserting any claim under the fraudulent Deed of Trust.

---

COMPLAINT FOR:1. DECLARATORY RELIEF;2. QUIET TITLE;3. OBJECTION TO PROOF OF CLAIM;4. BANKRUPTCY FRAUD (18 U.S.C. §§ 152, 157);5. RICO VIOLATIONS (18 U.S.C. § 1962);6. SLANDER OF TITLE

Case: 25-41356   Doc# 21   Filed: 08/13/25   Entered: 08/13/25 16:57:10   Page 4 of 17

4

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare the Deed of Trust void and unenforceable under 11 U.S.C. § 548 and California Civil Code §§ 1572-1592.2.

2. Rescind the mortgage lien and quiet title to the subject property located at 9 Middle Road, Lafayette, CA 94549.

3. Award statutory treble damages under California Civil Code § 3294 for the fraudulent transfer.

4. Award punitive damages as permitted by California law for intentional fraud.

5. Award reasonable attorney's fees and costs pursuant to California Civil Code § 3294 and 28 U.S.C. § 1915.

6. Grant a permanent injunction prohibiting Defendants from asserting, recording, or enforcing the Deed of Trust or any related claim.

7. Exclude from proof all account statements and related documents submitted by Defendants as inadmissible hearsay.

8. Grant such other and further relief as this Court deems just and proper.

Date: August 13, 2025

Respectfully submitted,

Donald James Runnals
Pro se
9 Middle Road
Lafayette, CA 94549
Email: drunnals48@gmail.com

COMPLAINT FOR:1. DECLARATORY RELIEF;2. QUIET TITLE;3. OBJECTION TO PROOF OF CLAIM;4. BANKRUPTCY FRAUD (18 U.S.C. §§ 152, 157);5. RICO VIOLATIONS (18 U.S.C. § 1962);6. SLANDER OF TITLE

Case: 25-41356    Doc# 21    Filed: 08/13/25    Entered: 08/13/25 16:57:10    Page 5 of 17

5

## Exhibit A to the Adversary Complaint: The Personal Risk Matrix - Penalties for Perpetrators

This matrix outlines the personal and corporate liability for each defendant participating in the fraudulent enterprise against the Plaintiff and this Court.

**PHH MORTGAGE CORPORATION**, CEO, General Signing Officers, Acting as servicer for a non-existent debt; directing illegal foreclosure conspiracy. 18 U.S.C. § 1962(c) (RICO); 11 U.S.C. § 362 (Stay Violation); FDCPA. Corporate penalties: treble damages, massive fines, disgorgement. Personal penalties: Prison (up to 20 years), fines, termination.

**U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2**, CEO, General Counsel, Signing Officers. Falsely claiming ownership of a void Deed of Trust; perpetuating securitization fraud. 18 U.S.C. § 1962(c) (RICO); 18 U.S.C. § 157 (Bankruptcy Fraud). Corporate penalties: treble damages, charter review/revocation.  Personal penalties: Prison (up to 20 years), fines, banking debarment.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**, Corporate Officers, "Robo-Signing" VPs. Creating fraudulent chain of title; facilitating illegal assignments with no authority. 18 U.S.C. § 1962(c) (RICO); Conspiracy to Commit Fraud. Corporate penalties: treble damages. Prison (up to 20 years for RICO), fines.

**WESTERN PROGRESSIVE, LLC,** Managing Members, Signing Officers Acting as illegal foreclosure trustee; willfully violating the automatic stay by maintaining sale date. 11 U.S.C. § 362 (Stay Violation); 18 U.S.C. § 1962(c) (RICO); FDCPA. Corporate penalties: treble damages, punitive damages for stay violation. Prison (up to 20 years), fines.

**ALDRIDGE PITE, LLP,** Managing Partners, Attorney of Record (Asaph Abrams). Filing fraudulent documents with the Court; knowingly misrepresenting a void debt. 18 U.S.C. § 157

(Bankruptcy Fraud); 18 U.S.C. § 1962(c) (RICO); FDCPA. Corporate penalties: treble damages, disgorgement of all fees. Prison (up to 20 years), State Bar Disbarment, massive fines.

**INTERNAL REVENUE SERVICE (IRS),** Agency Leadership, Systemic failure to verify claims; allowing agents to file fraudulent documents with the Court. 18 U.S.C. § 1962(d) (RICO Conspiracy). Penalties: Judicial declaration of fraudulent conduct, court-ordered sanctions, potential civil damages under Federal Tort Claims Act (FTCA).

**MICHAEL JOHN RUSH,** Individual, Personally signing and filing a knowingly fraudulent Proof of Claim for $115,774.05. 18 U.S.C. § 152 (False Claim in Bankruptcy); 18 U.S.C. § 1001 (False Statements); 18 U.S.C. § 1962(c) (RICO). Penalties: Prison (5-20 years), termination of federal employment, loss of pension, personal fines.

**THE OFFICE OF THE UNITED STATES TRUSTEE,** Leadership, willful blindness to blatant fraud; breach of statutory duty to police the bankruptcy system. 18 U.S.C. § 1962(d) (RICO Conspiracy). Penalties: Judicial admonishment, court-ordered procedural changes, potential liability for damages caused by negligence.

**CARLA K. CORDERO,** Individual, Actively protecting fraudsters by seeking dismissal of prior case; breaching duty as officer of the court. 18 U.S.C. § 1962(c) & (d) (RICO); Misprision of Felony (18 U.S.C. § 4). Penalties: Prison (up to 20 years), State Bar Disbarment, termination of DOJ employment, loss of pension, personal fines.

**PAUL LEAHY,** Individual, Actively protecting fraudsters by seeking dismissal of prior case; breaching duty as officer of the court. 18 U.S.C. § 1962(c) & (d) (RICO); Misprision of Felony (18 U.S.C. § 4). Penalties: Prison (up to 20 years), State Bar Disbarment, termination of DOJ employment, loss of pension, personal fines.

**Exhibit B to the Adversary Complaint: Forensic Analysis of the Void Note & Deed of Trust**

The promissory note is not a debt itself; it is evidence of a debt. The transaction on December 22, 2006, was an exchange of value for value. The "lender" (IndyMac Bank) accepted the Plaintiff's promissory note as an asset and gave the Plaintiff credit on its books in return. The note was settled and paid at its inception. This exchange created a right of recoupment in the Plaintiff that extinguished the purported debt at its inception. No "loan" in the common sense was ever made, and no debt was created. The subsequent securitization and sale of this void instrument was a fraud upon investors and a fraud upon the Plaintiff. Therefore, the Deed of Trust, which purports to secure a non-existent debt, is void ab initio (from the beginning) and legally unenforceable. Any party attempting to enforce it is committing fraud.

**Exhibit C to the Adversary Complaint: The MERS Bombshell Admission**

The authority of MERS to transfer any interest in the Deed of Trust is a legal fiction that has now collapsed under the weight of its own admission. As revealed in a recent deposition of a MERS executive, MERS admits it has no authority to foreclose, assign the beneficial interest in a Deed of Trust, or transfer a promissory note. MERS is nothing more than a private, electronic tracking system. Therefore, any assignment of the Deed of Trust that lists MERS as the assignor is legally void. This admission obliterates the purported chain of title relied upon by Defendants U.S. Bank, PHH, and Western Progressive, proving they have no legal standing or valid interest in the Property.

**Exhibit D to the Adversary Complaint: Evidence of Fraudulent Filings**

1. **IRS Proof of Claim #1-1:** A proof of claim for $115,774.05 was filed on July 30, 2025, signed by Michael John Rush. This claim has no basis in fact or law, is not supported by a valid assessment, and was filed with fraudulent intent to extract funds from the bankruptcy estate.

2. **Aldridge Pite, LLP Request for Notice:** On August 6, 2025, Aldridge Pite, LLP, acting on behalf of PHH, filed a Request for Notice in the main bankruptcy case. This filing asserts a creditor relationship that does not exist and was made with full knowledge that the underlying debt is void. This constitutes the filing of a false statement with the Court.

# Exhibit E to the Adversary Complaint: Foundational Law & Controlling Precedent

This action rests on established legal principles and controlling precedent that underscore the fraudulent nature of the Defendants' claims and the validity of the Plaintiff's causes of action.

## I. Core Legal Principles

- **A note is evidence of a debt, not the debt itself.** The debt is the underlying obligation. If the obligation was settled at its inception through recoupment, the note is void as it evidences nothing.

- **A void deed cannot be the basis for good title.** Any subsequent transfers or assignments of a void Deed of Trust are also void.

- **Fraud vitiates everything.** A claim based on a fraudulent instrument is unenforceable in a court of equity, such as this Bankruptcy Court.

- **Filing a false or fraudulent claim in bankruptcy is a felony.** (18 U.S.C. § 152).

- **Willful blindness is not a defense.** Government officials who are presented with clear evidence of fraud and fail to act become complicit in the conspiracy.

## II. Controlling Court Precedents Supporting This Filing

- **Marbury v. Madison, 5 U.S. 137 (1803):** Establishes the authority of this Court to review the actions of the other branches of government and to declare any act that is contrary to law (such as enforcing a void note) as null and void.

- **Steel Co. v. Citizens for a Better Environment, 523 U.S. 83 (1998):** The Defendants lack standing to make any claim. To have standing, a party must have suffered a concrete

injury. As the original transaction was settled and the note is void, the Defendants have no valid interest and thus no standing to enforce it.

- **Celotex Corp. v. Catrett, 477 U.S. 317 (1986):** The party with the burden of proof (the Defendants, to prove their claim is valid) must produce actual evidence. The Defendants have produced no evidence of a valid, outstanding debt, relying instead on fraudulent documents.

- **Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986):** Summary judgment is improper where there is a genuine dispute of material fact. The evidence presented in this complaint creates a clear dispute of fact as to the validity of the underlying debt, which cannot be ignored.

- **Mapp v. Ohio, 367 U.S. 643 (1961):** The exclusionary rule dictates that evidence obtained illegally cannot be used in court. The fraudulent note and Deed of Trust are illegal documents and must be excluded from evidence, leaving the Defendants with no basis for their claim.

- **Goldberg v. Kelly, 397 U.S. 254 (1970) & Mathews v. Eldridge, 424 U.S. 319 (1976):** These cases establish the right to a meaningful due process hearing before one can be deprived of property. The entire foreclosure scheme is an attempt to deprive the Plaintiff of his property without a fair hearing on the merits of the fraudulent claim.

- **Miranda v. Arizona, 384 U.S. 436 (1966):** The principles of Miranda—that a person must be advised of their rights before being deprived of liberty—extend to property. The Defendants have failed to advise Plaintiff of his rights while attempting to seize his property based on a void instrument.

- **Thompson v. Smith, 154 S.E. 579 (Va. 1930) & Chicago Motor Coach Co. v. Chicago, 337 Ill. 200 (1929):** These cases distinguish between a secured, fundamental right (like owning property) and a government-granted privilege. The Defendants are treating property ownership as a mere privilege that can be revoked at will by a private corporation, a concept that is contrary to law.

**Exhibit F to the Adversary Complaint: Chronological Timeline of Fraudulent Acts**

- **12/22/2006:** Plaintiff's promissory note is settled at inception. A fraudulent Deed of Trust is created.

- **2007-2025:** A series of void assignments of the Deed of Trust are created through the MERS system.

- **05/30/2025:** Plaintiff files prior Chapter 7 case (25-40956).

- **07/07/2025:** U.S. Trustee (Cordero and Leahy) moves to dismiss the case, protecting fraudulent actors.

- **07/30/2025:** Plaintiff files this Chapter 11 case (25-41356).

- **07/30/2025:** IRS (Rush) files a fraudulent Proof of Claim for $115,774.05.

- **08/04/2025:** Western Progressive maintains an active foreclosure sale date in willful violation of the automatic stay.

- **08/06/2025:** Aldridge Pite files a fraudulent Request for Notice on behalf of PHH.

## Exhibit G: Master Declaration of Donald James Runnals

I, Donald James Runnals, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am the Plaintiff in this action and the Debtor-in-Possession in the underlying Chapter 11 case. I have personal knowledge of the facts stated herein.

2.  The factual allegations contained in the Complaint are true and correct to the best of my knowledge and belief.

3.  The documents referenced in the Exhibits are true and correct copies of documents from my records, public records, or the court docket.

4.  I never received a loan from IndyMac Bank; I exchanged my promissory note, an asset, for credit, another asset. The transaction was settled and concluded on December 22, 2006.

5.  I have never had a valid, outstanding tax liability to the IRS in the amount of $115,774.05. The Proof of Claim filed by the IRS is fraudulent.

6.  I assert my right of recoupment against the purported mortgage and IRS debts. I understand that the original mortgage transaction was an exchange of assets that extinguished the debt, and I dispute the validity of the IRS's claim, which is nullified by my claims against the government.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025.

Donald James Runnals

B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**  Donald James Runnals, Pro se | **DEFENDANTS**<br>PHH MORTGAGE CORPORATION ("PHH");<br><br>See attached for additional defendants |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☑ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Federal fraudulent-transfer claim – 11 U.S.C. § 548.

State-law fraud claim – California Civ. Code §§ 1572-1592.2.

Declaratory relief – 28 U.S.C. § 2201; Cal. Civ. Code § 3344.

Injunctive relief – 28 U.S.C. § 2202; Cal. Civ. Code § 3294.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☑ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☑ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☑ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☑ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☑ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**
Declaratory judgment that the Deed of Trust is void under both § 548 and California law. Rescission of the mortgage lien and quiet title to the property. Treble damages, punitive damages, and statutory attorney's fees under Cal. Civ. Code § 3294 Permanent injunction prohibiting any enforcement of the Deed of Trust. Exclusion of defendants' account statements as inadmissible hearsay.

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Donald James Runnals | BANKRUPTCY CASE NO. 25-41356-WJL | |
| DISTRICT IN WHICH CASE IS PENDING  Northern District of California | DIVISION OFFICE  Oakland Division | NAME OF JUDGE  Hon. William J. Lafferty |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

DATE  8/13/2025

PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Donald James Runnals, Pro se

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**EXHIBIT NO. "E"**

Entered on Docket
November 4, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Jillian A. Benbow (SBN 246822)
   JBenbow@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   3333 Camino del Rio South, Ste. 225
3  San Diego, CA 92108
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5  Attorneys for *Defendant*
   Aldridge Pite, LLP
6

The following constitutes the order of the Court.
Signed: November 4, 2025

_____
     **William J. Lafferty, III**
     **U.S. Bankruptcy Judge**

7
8  **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA-OAKLAND**

9  In re                                     Case No. 25-41356-WJL

10 DONALD JAMES RUNNELS,                       Chapter 11

11        Debtor.                              Adv. Case No. 4:25-ap-04031

12 ───────────────────────────               **ORDER ON MOTION TO DISMISS**
                                             **COMPLAINT**
13 DONALD JAMES RUNNALS,

14        Plaintiff,

15     vs.                                    **Hearing**:
                                             Date:  October 29, 2025
16 PHH MORTGAGE CORPORATION                   Time:  10:30 A.M.
   ("PHH"); U.S. BANK NATIONAL                Ctrm:  220
17 ASSOCIATION, AS TRUSTEE FOR                Location: 1300 Clay St., Oakland, CA 94612
   LEHMAN MORTGAGE TRUST
18 MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2007-2;
19 MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.
20 ("MERS"); WESTERN PROGRESSIVE, LLC
   ("WESTERN PROGRESSIVE"); ALDRIDGE
21 PITE, LLP ("ALDRIDGE"); AND THE
   INTERNAL REVENUE SERVICE ("IRS"),
22 MICHAEL JOHN RUSH; THE OFFICE OF
   THE UNITED STATES TRUSTEE; CARLA
23 K. CORDERO; AND PAUL LEAHY, DOES
   1-50 AND ALLEGES AS FOLLOWS:,
24
          Defendants.

25        The Motion to Dismiss [Adv. Dkt. 12] the Complaint of *Plaintiff* Donald James Runnals

26 filed by *Defendant* Aldridge Pite, LLP came for hearing on October 29, 2025 in Courtroom 220 of

27 the U.S. Bankruptcy Court for the Northern District of California, located at 1300 Clay St., Oakland,

28 CA 94612, the Honorable William J. Lafferty, presiding.

- 1 -                                         CASE NO. 4:25-ap-04031
**ORDER ON MOTION TO DISMISS**

1    Appearances as noted on the record.

2    Based upon the arguments of counsel, pleadings, filings and record before the Court, and

3    good cause appearing therefor, for the reasons stated on the record,

4    **IT IS ORDERED** the Motion to Dismiss filed by *Defendant* Aldridge Pite, LLP is granted

5    with prejudice.

6

7                                    **\* End of Order \***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                                    CASE NO. 4:25-ap-04031
**ORDER ON MOTION TO DISMISS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Court Service List**