1  Jillian A. Kaiser (SBN 246822)
   JKaiser@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   3333 Camino del Rio South, Ste. 225
3  San Diego, CA 92108
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5  Attorneys for *Defendant*
   Aldridge Pite, LLP
6

7
                **UNITED STATES BANKRUPTCY COURT**
8
                **NORTHERN DISTRICT OF CALIFORNIA**
9

10  In re                                    Case No. 3:26-cv-00105-JD

11  DONALD JAMES RUNNALS,

12            Debtor.
                                             **CORPORATE DISCLOSURE**
13                                           **STATEMENT**

14  DONALD JAMES RUNNALS,

15            Plaintiff,

16       vs.

17  PHH MORTGAGE CORPORATION;
    WESTERN PROGRESSIVE LLC;
18  MORTGAGE ELECTRONIC SYSTEMS,
    INC.; U.S. BANK NATIONAL
19  ASSOCIATION
    AS TRUSTEE FOR LEHMAN MORTGAGE
20  PASS-THROUGH CERTIFICATES, SERIES
    2007-2; ALDRIDGE PITE, LLP; THE
21  INTERNAL REVENUE SERVICE
    MICHAEL JOHN RUSH, THE OFFICE OF
22  THE UNITED STATES TRUSTEE;  ,

23            Defendant.

24

25       Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

      1.     Aldridge Pite, LLP has no parent corporation.

      2.     No publicly held corporation directly or indirectly owns 10% or more of Aldridge Pite, LLP.

Aldridge Pite, LLP makes these disclosures solely for the purpose of Rule 7007.1 and reserved the right to supplement them as needed

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: January 30, 2026

/s/ *Jillian A. Kaiser*
JILLIAN A. KAISER
Attorneys for *Defendant*
Aldridge Pite, LLP

**CORPORATE DISCLOSURE STATEMENT**

1

2 **PROOF OF SERVICE**
Case No. 3:26-cv-00105-JD

3

4      I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred

5 to, over the age of 18 years, and not a party to this action.  My business address is 3333 Camino del

6 Rio South, Ste. 225, San Diego, California 92108

7      On January 30, 2026, I served the following document described as:

8

9      **CORPORATE DISCLOSURE STATEMENT**

      on the interested parties in this action as follows:

10

11 Peter Winkler
Peter Winkler Law Office

12 104 Main St Apt A
Belvedere Tiburon, CA 94920

13

14

15      BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s)

16 with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered

CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered

17 CM/ECF users will be served by mail or by other means permitted by the court rules.

18      I declare under penalty of perjury under the laws of the United States of America that the

19 foregoing is true and correct.

20 Executed this 30th day of January, 2026, at San Diego, California.

21

22

                     /s/ *Meliza Hernandez*

23                     MELIZA HERNANDEZ

24

25

26

27

28

**CORPORATE DISCLOSURE STATEMENT**